No. 94–79. MITCHELL v. THOMPSON, INDIVIDUALLY AND AS SHERIFF OF KANKAKEE COUNTY, ILLINOIS, ET AL. C. A. 7th Cir. Certiorari denied.

No. 94–80. WILSON, PERSONAL REPRESENTATIVE OF THE ESTATE OF WILSON, DECEASED v. MUNICIPALITY OF ANCHORAGE ET AL. C. A. 9th Cir. Certiorari denied.

No. 94–83. DESALVO v. UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 94–85. RAMIREZ v. PACIFIC MARITIME ASSN. ET AL. C. A. 9th Cir. Certiorari denied.

No. 94–88. ISRAEL v. ISRAEL. App. Ct. Ill., 4th Dist. Certiorari denied.

No. 94–89. JOHNSON v. MERIT SYSTEMS PROTECTION BOARD. C. A. Fed. Cir. Certiorari denied.

No. 94–90. WINCHESTER HOMES, INC. v. HOOVER UNIVERSAL, INC., ET AL. Sup. Ct. Va. Certiorari denied.

No. 94–91. POMPONIO v. BOARD OF SUPERVISORS OF FAUQUIER COUNTY, VIRGINIA, ET AL. C. A. 4th Cir. Certiorari denied.

No. 94–92. FULK, ADMINISTRATOR OF THE ESTATE OF TURNER, DECEASED, ET AL. v. ILLINOIS CENTRAL RAILROAD CO. C. A. 7th Cir. Certiorari denied.

No. 94–93. TORRES MALDONADO ET AL. v. UNITED STATES. C. A. 1st Cir. Certiorari denied.

No. 94–99. KAWAOKA ET UX. v. CITY OF ARROYO GRANDE ET AL. C. A. 9th Cir. Certiorari denied.

No. 94–100. FAULKNER v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 94–101. MANN ET AL. v. CONLIN. C. A. 6th Cir. Certiorari denied.